**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BLAKE, | No. C 07-0543 MJJ, |
| | No. C 07-0546 MJJ, |
| Plaintiff(s), | No. C 07-0547 MJJ |
| v. | |
| U.S. DEPARTMENT OF STATE, et al., | **CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCES** |
| Defendant(s). | |
| _____ / | |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

THE PARTIES ARE HEREBY NOTIFIED that, as a result of the Court's resetting of the motion hearing in Case No. C-07-0543 MJJ, for **August 7, 2000**, the Case Management Conferences in these cases, previously set Tuesday, July 31, 2007, are VACATED and RESET for **Tuesday, September 11, at 2:00 p.m.,** in Courtroom 11, 19th floor, San Francisco, before the Honorable Martin J. Jenkins. **A Joint or Separate Case Management Statement, as required under Local Rule 16-9, shall be provided to the Court by no later than September 4, 2007.** [1]

---

[1] 16-9. Case Management Statement and Proposed Order.

(a) Joint or Separate Case Management Statement. Unless otherwise ordered, no later than the date specified in FRCivP 26(f), counsel must file a Joint Case Management Statement addressing all of the topics set forth in the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement, which can be found on the Court's website located at http://www.cand.uscourts.gov. If one or more of the parties is not represented by counsel, the parties may file separate case management statements. If a party is unable, despite reasonable efforts, to obtain the cooperation of another party in the preparation of a joint statement, the complying party may file a separate case management statement, accompanied by a declaration describing the conduct of the uncooperative party which prevented the preparation of a joint statement. Separate statements must also address all of the topics set forth in the Standing Order referenced above.

**United States District Court**
For the Northern District of California

1
2   Dated:   July 2, 2007                                    FOR THE COURT,
3                                                            Richard W. Wieking, Clerk
4                                                            By:_____
5                                                               Edward Butler
                                                                Courtroom Deputy
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2