SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7241
    Facsimile:   (415) 436-6748
    Email:      owen.martikan@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM JIBREEL,<br><br>                Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPT. OF STATE,<br>FEDERAL BUREAU OF<br>INVESTIGATIONS, UNITED STATES<br>DEPT. OF HOMELAND SECURITY,<br><br>                Defendants. | Case No. C 07-0543 MJJ<br>(Related Case Nos. C07 546 & -547 MJJ)<br>**E-FILING CASE**<br><br>**REPLY SUPPORTING DEFENDANT UNITED STATES DEPT. OF STATE'S MOTION TO DISMISS**<br><br>Date: Tuesday, August 7, 2007<br>Time: 9:30am<br>Ctrm: 11, 19th Floor |

      In response to the Court's Order to Show Cause why this case should not be dismissed for plaintiff Jibreel's failure to oppose or appear at the hearing on defendant's motion to dismiss, Jibreel filed an opposition to the motion to dismiss on June 26, 2007.  The opposition, however, merely states that Jibreel intends to oppose the motion and pursue his case; it does not address the substance of the Department of State's motion.  Jibreel does note that he intends to pursue monetary relief against the various federal defendants, and asks the Court to force the defendants to apologize to him.  Opposition at 1-2.

      Jibreel's mere statement of opposition is insufficient to survive this motion to dismiss. As a jurisdictional matter, Jibreel cannot pursue monetary relief against the United States unless he first exhausts his administrative remedies under the Federal Tort Claims Act.  And as a

1  technical matter, he has not even sued the United States of America, which is the only proper
2  defendant in such an action.  Jibreel does not name any individual defendants, so he cannot
3  pursue monetary relief under a *Bivens* theory.  Also, Jibreel does not show what jurisdiction this
4  Court has to force a federal agency to apologize to him.

5      The Supreme Court recently held that to survive a motion to dismiss for failure to state a
6  claim, a plaintiff must provide "more than labels and conclusions, and a formulaic recitation of
7  the elements of a cause of action will not do." *Bell Atlantic Corp. v. Twombly*,127 S. Ct.1955,
8  1965 (2007) (rejecting literal interpretation of statement in *Conley v. Gibson*, 355 U.S. 41 (1957),
9  that complaint should not be dismissed "unless it appears beyond doubt that the plaintiff can
10 prove no set of facts in support of his claim").  And the plaintiff's factual allegations "must be
11 enough to raise a right to relief above the speculative level," and must do more than create a
12 suspicion of a legally cognizable right of action." *Id*. (*quoting* 5 C. Wright & A. Miller, Federal
13 Practice and Procedure § 1216, pp. 235-236 (3d ed.2004)).

14     Thus, while the material factual allegations are taken as true and construed in the light
15 most favorable to the non-movant, allegations that are conclusory, vague or speculative are
16 insufficient to survive a motion to dismiss.  *Ivey v. Board of Regents*, 673 F.2d 266, 268 (9th Cir.
17 1982); *Stack v. Lobo*, 903 F. Supp. 1361, 1369 (N.D. Cal. 1995).  Because Jibreel's allegations
18 are of the speculative, conclusory, and vague variety, the Court should find that he cannot survive
19 the Department of State's motion to dismiss.

                      Respectfully submitted,

                      SCOTT N. SCHOOLS
                      United States Attorney

Dated: May 15, 2007                       ____/s/_____
                      OWEN P. MARTIKAN
                      Assistant United States Attorney

# CERTIFICATE OF SERVICE

**Jibreel (aka Blake) v. U. S. Dept. Of State, et al.**
**C 07-00543 MJJ Related to C 07-00546 MJJ & C 07-00547 MJJ**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**REPLY SUPPORTING DEFENDANT UNITED STATES DEPT. OF STATE'S MOTION TO DISMISS**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X_  FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  PERSONAL SERVICE (BY MESSENGER)

____  FEDERAL EXPRESS via Priority Overnight

____  EMAIL

____  FACSIMILE (FAX)

to the party(ies) addressed as follows:

Adam Jibreel (aka Adam Blake), Pro Se
350 Bay Street, #100-133
San Francisco, CA 94133
PH: 408.453.4907

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this July 24, 2007 at San Francisco, California.

                                        /s/_____
                                        LILY HO-VUONG
                                        Legal Assistant