SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7241
    Facsimile:  (415) 436-6748
    Email:  owen.martikan@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM JIBREEL,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPT. OF STATE, FEDERAL BUREAU OF INVESTIGATIONS, UNITED STATES DEPT. OF HOMELAND SECURITY,<br><br>    Defendants. | Case No. C 07-0543 MJJ<br>(Related Case Nos. C07 546 & -547 MJJ)<br>**E-FILING CASE**<br><br>**STATUS REPORT RE: DEFENDANT'S MOTION TO DISMISS**<br><br>Date: Tuesday, September 11, 2007<br>Time: 2:00pm<br>Ctrm: 11, 19th Floor |

On August 6, 2007, the Court granted defendant's motion to dismiss with leave for plaintiff Jibreel to amend his complaint within 30 days. Last Wednesday, September 5, 2007, was the 30th day since the Court filed its Order, and Jibreel has yet to amend his complaint. Defendant respectfully asks the Court to vacate the currently scheduled case management conference and close these related cases.

                                                Respectfully submitted,

                                                SCOTT N. SCHOOLS
                                                United States Attorney

                                                /s/

Dated: September 7, 2007                  _____
                                                OWEN P. MARTIKAN
                                                Assistant United States Attorney